# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. **24-01567-ESL** |
| **RICHARD LEANDRO MARTINEZ RIVERA** | CHAPTER **13** |
| Debtor(s) | |

### REPLY TO THE TRUSTEE'S UNFAVORABLE REPORT ON CONFIRMATION OF THE PLAN DATED JUNE 11, 2024

**TO THE HONORABLE COURT:**

**COME(S) NOW**, Debtor(s), represented by the undersigned attorneys, and very respectfully allege(s), state(s), and pray(s) as follows:

1. On April 17, 2024, the Trustee filed an Unfavorable Report for Confirmation (docket #37) of the Debtor's Plan dated June 11, 2024 (docket #15).

2. According to the last paystub received on December 26, 2024, and the total year-to-date income received from his from Valiant Security Inc., the Trustee determined an average monthly income of $152.75 more than reported in Schedule J.

3. The above determination is accepted as to the income received during the year 2024.

4. That calculation, however, does not consider that the Debtor's bi-weekly employment hours were reduced by approximately ten hours on average from August through December 2024, which is slightly more than one working day. Additionally, it does not consider the increase in the cost of living in Puerto Rico over the past year.

5. In support of the abovementioned, the petitioner respectfully submits the paystubs he had available from July 8 through December 2024. These reflect that his gross YTD income as of July 21, 2024, was $13,207.79 for a gross monthly average of $2,201.29[1], while his subsequent YTD average monthly income from July 21 through December 2, 2024, amounted to $12,204.60 for an

---

[1] The YTD gross as of amount of $14,266.25 (07/26/2024 paystub #2354) minus the gross income of $1,058.46 received in July 2024, results in the adjusted YTD of $13,207.79 as of June 2024, which averaged from January to June 2024 results in a gross monthly income of $2,201 29, or $235.60 more than the $1,965.70 amount listed in the Schedule I of record—based on the six months period before filing for relief, the Means Test period.

average gross monthly income of $2,034.10[2], or $68.40 more than the gross income listed in Schedule J, or less than a 3.50% increase in the gross monthly income listed in the schedule of record.

6. Based on the foregoing analysis the Debtor very respectfully submits that that the increase in net is nil when the rise in cost of basic living expenses during 2024 is considered —electricity, fuels, food and household items across the board, just to mention a few.

**WHEREFORE**, the Debtor prays from this Honorable Court to take notice of the abovementioned, allow for the filing of the Amended Schedules I and J to reflect the above mentioned, deny the Trustee's objection to confirmation filed at docket #37, and confirm the plan dated June 11, 2024, with any further order it deems necessary under law.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants. Furthermore, I certify that notice has been served by First Class U.S. Mail, postage prepaid, to all non-CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of January 2025.

**EMG DESPACHO LEGAL, CRL**
Edificio Summit Plaza Ste. 107
1738 Calle Amarillo Box 22
San Juan, Puerto Rico 00926-3054
Tel: (787) 753-0055
Fax (787) 767-5015
e-mail: lcdomangual@gmail.com

**By: /s/*Edgardo Mangual González*** 
EDGARDO MANGUAL GONZÁLEZ
USDC No. 223113

**By: /s/*José L. Jiménez Quiñones***
JOSE L JIMENEZ QUINONES
USDC No. 203808
e-mail: lcdojosejimenez@gmail.com

---

[2] YTD gross income amount of $25,421.39 (12/26/2024 paystub #2548) minus the YTD gross amount of $14,266.25 (07/26/2024 paystub #2354) results in $11,146.14. Then adjust by adding back the July gross income of $1,058.36 results in the gross income of $12,204.60 for the period of July through December 2024—a monthly average of $2,034.10.

**Vaillant Security Inc**

RICHARD L MARTINEZ RIVERA

2354

### Ingresos

| Descripción | Horas | Tarifa | Cantidad | Anual |
|---|---|---|---|---|
| Horas Regulares | 92.04 | 11.500 | 1,058.46 | 14,266.25 |
| **Totales** | 92.04 | | 1,058.46 | 14,266.25 |

### Deducciones

| Descripción | Cantidad | Anual |
|---|---|---|
| Contribución sobre ingresos | 105.85 | 1,426.65 |

**Pago Neto** 952.61 1,426.65

Periodo comenzado en: 08/07/2024
Periodo terminado en: 21/07/2024
Fecha de pago: 26/07/2024

https://mail.google.com/mail/u/0/?tab=rm&ogbl#search/richardmartinez156%40yahoo.com/FMfcgzQZSjlBChLBRwnbMdjzpmHsMpIc?projector=1

# Vaillant Security Inc

**RICHARD L MARTINEZ RIVERA**

2548

## Ingresos

| Descripción | Horas | Tarifa | Cantidad | Anual |
|---|---|---|---|---|
| Horas Regulares | 86.73 | 11.500 | 997.40 | 25,421.39 |
| Totales | 86.73 | | 997.40 | 25,421.39 |

Periodo comenzado en: 09/12/2024  
Periodo terminado en: 22/12/2024

## Deducciones

| Descripción | Cantidad | Anual |
|---|---|---|
| Contribución sobre ingresos | 99.74 | 2,542.15 |
| | 99.74 | 2,542.15 |

**Pago Neto** 897.66

Fecha de pago: 26/12/2024

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 24-01567-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Fri Apr 19 11:23:55 AST 2024 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Amex<br>Correspondence Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Amex<br>Po Box 6789<br>Sioux Falls, SD 57117-6789 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | CITIBANK<br>PO BOX 6497<br>Sioux Falls, SD 57117-6497 |
| Citi Card Best Buy<br>Attn Citicorp Cr Srvs Centralized Bankr<br>Po Box 790040<br>St Louis, MO 63179-0040 | Citi Card/Best Buy<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Costco Citi Card<br>Attn Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117-6500 |
| Costco Citi Card<br>Po Box 6190<br>Sioux Falls, SD 57117-6190 | (p)DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUB<br>P O BOX 41269<br>SAN JUAN PR 00940-1269 | Discover Financial<br>Attn Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Po Box 30939<br>Salt Lake City, UT 84130-0939 | FIRSTBANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | First Bank Puerto Rico<br>Attn Bankruptcy FirstLine Solutions<br>Po Box 9146<br>San Juan, PR 00908-0146 |
| First Bank Puerto Rico<br>Ave Ponce De Leon 1519<br>San Juan, PR 00909-1703 | FirstBank PR<br>Attn Customer Care Bankruptcy<br>Po Box 9146<br>San Juan, PR 00908-0146 | FirstBank PR<br>Ave Ponce De Leon 1519<br>San Juan, PR 00909-1732 |
| Freedom Road Financial<br>10605 Double R Blvd<br>Reno, NV 89521-8920 | Freedom Road Financial<br>Attn Bankruptcy<br>10509 Professional Circle Suite 100<br>Reno, NV 89521-4883 | HOME DEPOT CREDIT SERVICES<br>PO BOX 790328<br>ST LOUIS, MO 63179-0328 |
| INTERNAL REVENUE SERVICES<br>2970 MARKET STREET<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA, PA 19104-5002 | IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Synchrony Bank Sams Club<br>Attn Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams Club<br>Po Box 71727<br>Philadelphia, PA 19176-1727 | EDGARDO MANGUAL GONZALEZ<br>Emg Despacho Legal, CRL<br>Edif. Summit Plaza<br>1738 Amarillo Street<br>Ste Box 22<br>San Juan, PR 00926 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | RICHARD LEANDRO MARTINEZ RIVERA<br>URB EL CORTIJO<br>L 13 CALLE 14<br>BAYAMON, PR 00956-5642 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW FINANCIAL SERVICES<br>BANKRUPTCY DEPT<br>PO BOX 3608<br>DUBLIN, OH 43016-0306 | (d)Bmw Financial Services<br>Attn Bankruptcy Correspondence<br>Po Box 3608<br>Dublin, OH 43016 | (d)Bmw Financial Services<br>Po Box 3608<br>Dublin, OH 43016 |
| DTOP<br>BOX 41269<br>MINILLAS STATION<br>San Juan, PR 00940 | PORTFOLIO RECOVERY<br>120 CORPORATE BLVD SUITE 100<br>Norfolk, VA 23502 | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients     0<br>Total                  29 |