# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO. 24-01567-ESL** |
| **RICHARD LEANDRO MARTINEZ RIVERA** | **CHAPTER 13** |
| Debtor(s) | |

## REQUEST FOR ENTRY OF ORDER CONFIRMING PLAN

**TO THE HONORABLE COURT:**

    **COME NOW,** Debtor(s), represented by the undersigned attorneys, and very respectfully avers and prays as follows:

    1.    On January 15, 2025, this Honorable Court continued without a date. Please see docket 38.

    2.    The undersigned respectfully avers that the Debtor replied to unfavorable recommendation on debtor(s) chapter 13 plan dated docket 37 with evidence, and there have been no objection by any creditors or the Honorable Chapter 13 Trustee. Please see docket 41.

    3.    Therefore, the undersigned counsel for debtor respectfully requests the entry of an Order Confirming Plan since more that 14 days has elapse, and no objection has been filed.

    **WHEREFORE,** Debtors prays that the Honorable Court take notice of the aforementioned and enter an Order Confirming Debtors' Plan, with any further relief it deems appropriate under law.

    **NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, thi March 25, 2025.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants. Furthermore, I certify that notification to all non-CM/ECF participants of record are being sent by first class mail.

**EMG Despacho Legal, C.R.L.**
Edificio Summit Plaza
1738 Calle Amarillo, Box 22
San Juan, Puerto Rico 00926-3054
Tel: (787) 753-0055
Fax: (787) 767-5015
www.quiebraspuertorico.com

**By: /s/*Edgardo Mangual González***
EDGARDO MANGUAL GONZÁLEZ
USDC No. 223113
e-mail: lcdomangual@gmail.com

**By: /s/*José L. Jiménez Quiñones***
JOSE L. JIMENEZ QUINONES
USDC No. 203808
e-mail: lcdojosejimenez@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 24-01567-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Fri Apr 19 11:23:55 AST 2024 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Amex<br>Correspondence Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Amex<br>Po Box 6789<br>Sioux Falls, SD 57117-6789 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | CITIBANK<br>PO BOX 6497<br>Sioux Falls, SD 57117-6497 |
| Citi Card Best Buy<br>Attn Citicorp Cr Srvs Centralized Bankr<br>Po Box 790040<br>St Louis, MO 63179-0040 | Citi Card/Best Buy<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Costco Citi Card<br>Attn Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117-6500 |
| Costco Citi Card<br>Po Box 6190<br>Sioux Falls, SD 57117-6190 | (p)DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUB<br>P O BOX 41269<br>SAN JUAN PR 00940-1269 | Discover Financial<br>Attn Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Po Box 30939<br>Salt Lake City, UT 84130-0939 | FIRSTBANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | First Bank Puerto Rico<br>Attn Bankruptcy FirstLine Solutions<br>Po Box 9146<br>San Juan, PR 00908-0146 |
| First Bank Puerto Rico<br>Ave Ponce De Leon 1519<br>San Juan, PR 00909-1703 | FirstBank PR<br>Attn Customer Care Bankruptcy<br>Po Box 9146<br>San Juan, PR 00908-0146 | FirstBank PR<br>Ave Ponce De Leon 1519<br>San Juan, PR 00909-1732 |
| Freedom Road Financial<br>10605 Double R Blvd<br>Reno, NV 89521-8920 | Freedom Road Financial<br>Attn Bankruptcy<br>10509 Professional Circle Suite 100<br>Reno, NV 89521-4883 | HOME DEPOT CREDIT SERVICES<br>PO BOX 790328<br>ST LOUIS, MO 63179-0328 |
| INTERNAL REVENUE SERVICES<br>2970 MARKET STREET<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA, PA 19104-5002 | IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Synchrony Bank Sams Club<br>Attn Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams Club<br>Po Box 71727<br>Philadelphia, PA 19176-1727 | EDGARDO MANGUAL GONZALEZ<br>Emg Despacho Legal, CRL<br>Edif. Summit Plaza<br>1738 Amarillo Street<br>Ste Box 22<br>San Juan, PR 00926 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | RICHARD LEANDRO MARTINEZ RIVERA<br>URB EL CORTIJO<br>L 13 CALLE 14<br>BAYAMON, PR 00956-5642 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW FINANCIAL SERVICES<br>BANKRUPTCY DEPT<br>PO BOX 3608<br>DUBLIN, OH 43016-0306 | (d)Bmw Financial Services<br>Attn Bankruptcy Correspondence<br>Po Box 3608<br>Dublin, OH 43016 | (d)Bmw Financial Services<br>Po Box 3608<br>Dublin, OH 43016 |
| DTOP<br>BOX 41269<br>MINILLAS STATION<br>San Juan, PR 00940 | PORTFOLIO RECOVERY<br>120 CORPORATE BLVD SUITE 100<br>Norfolk, VA 23502 | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients     0<br>Total                  29 |